B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garland Converting Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3118363** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2101 West 21st Street**<br>**Broadview, IL**                    ZIP Code **60155** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as               business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
| --- | --- | --- |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

B1 (Official Form 1)(04/13)                                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garland Converting Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| :--- |
| **Garland Converting Corporation** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Joel A. Schechter**
_____
Signature of Attorney for Debtor(s)

**Joel A. Schechter 3122099**
_____
Printed Name of Attorney for Debtor(s)

**Law Offices of Joel A. Schechter**
_____
Firm Name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
_____
Address

       **Email: joelschechter@covad.net**
**312-332-0267 Fax: 312-939-4714**
_____
Telephone Number

**August 29, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Timothy Garland**
_____
Signature of Authorized Individual

**Timothy Garland**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**August 29, 2013**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

1st Ayd Corporation
1325 Gateway Drive
Elgin, IL 60123


303 Taxi
5200 N. Otto
Chicago, IL 60656


A & T Trucking
P.O. Box 6069
Broadview, IL 60155


A J Adhesives, Inc.
4800 Miami
Saint Louis, MO 63116


A J Horne
893 Industrial Dr
West Chicago, IL 60185


Abraam Rios
c/o Working Hands Legal Clinic
401 S. LaSalle St, Suite 1400
Chicago, IL 60605


Absolute Printing
5501 South Franklin
Indianapolis, IN 46239


Active Alarm Company, Inc.
561 Capital Drive
Lake Zurich, IL 60047


Adams Magnetic Products
888 Larch Avenue
Elmhurst, IL 60126


Advanced Occupational Medical Speci
4200 Manheim Road
Schiller Park, IL 60176


Air Services
108 Gateway Rd
Bensenville, IL 60106

All Standard American Pallets
51 N. McLean Blvd
Elgin, IL 60123


All Star Courier & Trucking
P.O. Box 66333
AMF O'Hare Field
Chicago, IL 60666


Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290


Alpine Sap, Inc.
P.O. Box 87140
Carol Stream, IL 60188


American Express
P.O. Box 981537
El Paso, TX 79998-1537


American Express
Box 0001
Los Angeles, CA 90096-8000


Ana B. Camberos
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Ana Cisneros
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Ana Hernandez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Ana Lesi Carraman
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605

Ana Mota
2236 S. Sacramento
Chicago, IL 60623


Andrzek Turek
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Angelica Roman
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Antonia Tornez
499 W. Hillside
Apt 2
Bensenville, IL 60106


Arnoldo Carrilo
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Atkins Peacock & Lewis, LLP
3800 East 42nd St.
Suite 500
Odessa, TX 79762


Atlas-Copco
75 Remittance Drive
Suite 3009
Chicago, IL 60675-3009


Avero Packaging
26735 Commerce Drive
Unit 701
Volo, IL 60073


Bag-ette 2000 Inc.
2815 Camino del Rio S
Suite 111
San Diego, CA 92108

Best Courier & Delivery
P.O. Box 6327
Libertyville, IL 60048


Blanca Guzman
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite1400
Chicago, IL 60605


Bobst Group USA Inc.
P.O. Box 532986
Atlanta, GA 30353-2986


C & M Scale Company
7241 West Roosevelt Road
Forest Park, IL 60130


C & P Microsystems
1320 Industrial Avenue
Unit C
Petaluma, CA 94952


C.H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121


Camila Rios
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Capital Adhesives
P.O. Box 131
Champlin, MN 55316-0131


Carolina Container
P.O. Drawer 2166
High Point, NC 27261


Cbeyond
13474 Collections Center Drive
Chicago, IL 60693

CDW Direct
P.O. Box 75723
Chicago, IL 60675


Cecilia Flores
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Celestino Velazquez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Champion Logistics Group
c/o Williams, Babbit & Weisman
5255 N. Federal Highway, 3rd Floor
Boca Raton, FL 33487


Chepov & Scott, LLC
5440 N. Cumberland Ave.
Suite 150
Chicago, IL 60656


Chicago Petroleum Corporation
P.O. Box 2224
Birmingham, AL 35246


Chicago Suburban Express Inc.
P.O. Box 388568
Chicago, IL 60638


Citation Box
4700 W. Augusta Blvd
Chicago, IL 60651


City of Elmhurst
209 N. York Street
Elmhurst, IL 60126


Combined Containerboard
7741 School Road
Cincinnati, OH 45249

ComEd
P. O. Box 6111
Carol Stream, IL 60197


Command Transportation


Concentra Health Services, Inc.
c/o ATG Credit
P.O. Box 14895
Chicago, IL 60614-4895


Cooler Smart
77 McCullough Dr
New Castle, DE 19720


Coyote Logistics
P.O. Box 535244
Atlanta, GA 30353-5244


D & K International
P.O. Box 75634
Cleveland, OH 44101


Danelia Flores
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Darwill
Dept. 9170
P.O. Box 87618
Chicago, IL 60680


Dayton Freight


Delia Gamino
5022 W. 24th St
Cicero, IL 60804


Delta Machine Service, Inc.
631 S. Vermont
Palatine, IL 60074

Deutsche Leasing USA, Inc.
190 South LaSalle Street
Suite 2150
Chicago, IL 60603


Douglas Ericson
1549 W. Sherwin
Apt. 205
Chicago, IL 60626


Duraco, Inc.
2011 Solution Center
Chicago, IL 60677-2000


E.C. Schultz & Company, Inc.
333 Crossen Avenue
Elk Grove Village, IL 60007-2050


Eder Garcia
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Edgar Ramos
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Elite Staffing


Elmhurst Unique Indoor Comfort, Inc
910 S. Riverside Dr.
Unit 7
Elmhurst, IL 60126


Envision Graphics
225 Madsen Drive
Bloomingdale, IL 60108


Erik Garcia
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605

Erika Angulo
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Erika Tellez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Erika Torres
280 N. Central Ave
Wood Dale, IL 60191


Esko-Graphics, Inc.
1955 Vaughn Road
Suite 101
Kennesaw, GA 30144


Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143


Euler Hermes North America Insuranc
c/o Account Receivable
800 Red Brook Drive
Owings Mills, MD 21117


Fasteners for Retail, Inc.
P.O. Box 74049
Cleveland, OH 44191-4049


Fed Ex Freight
P.O. Box 10306, Dept CH
Palatine, IL 60055-0306


Fed Ex Messenger
P.O. Box 371461
Pittsburgh, PA 15250


Federal Express Corp
P.O. Box 94515
Palatine, IL 60094-4515

Field Packaging
P.O. Box 71627
Chicago, IL 60694


Flor Mendez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Flutes, Inc.
8254 Zionville Rd
Indianapolis, IN 46268


Fox Brothers Transfer, Inc.
10 East Progress Rd
Lombard, IL 60148


Garcia's Pallet Service
1334 N. Kostner Ave.
Chicago, IL 60651


GC Dies, LLC
877 N. Larch Ave
Elmhurst, IL 60126


Ginger Gauthier


Giovana Hernandez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


GIS Rolling, LLC
c/o Darwin Realty & Development Cor
970 N. Oak Lawn Avenue, Suite 100
Elmhurst, IL 60126


Gloria Tojonar
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605

GPA
P.O. Box 88872
Milwaukee, WI 53288-0872


Grainger
3240 Mannheim Road
Franklin Park, IL 60131


Graphic Arts Equipment Co.
1651 Barclay Blvd
Buffalo Grove, IL 60089


Great Computer Systems, Inc.
5152 Main St
Skokie, IL 60077


Gregorio Medina Ramirez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Gricelda Sanchez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Guadalupe Morales Hernandez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Gulf-Great Lakes Packaging Corp
1040 Maryland Ave
Dolton, IL 60419


GVC Graphics Co.
6431 S. Komensky
Chicago, IL 60629


Hallberg Commercial Insurers, Inc.
120 W. 22nd St
Suite 200
Oak Brook, IL 60523

Handler Thayer & Duggan LLC
191 N. Wacker Dr
23rd Floor
Chicago, IL 60606-1633


Hector Ortega
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Hudson Energy
24919 Network Place
Chicago, IL 60673


Humana
P.O. Box 528
Carol Stream, IL 60132


Hydra-vac, Inc.
4200 Grove Street
Gurnee, IL 60031


Illinois Department of Labor
160 N. LaSalle St
Suite C-1300
Chicago, IL 60601-3150


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


Illinois Dept of Employment Securit
P.O. Box 80341
Chicago, IL 60680-3412


Illinois Dept. of Revenue
P. O. Box 19026
Springfield, IL 62794-9026


Image System & Business Solutions

Inelia Zacarias
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126,M/S N781
Philadelphia, PA 19114


Internal Revenue Service
Dept. of the Treasury
Cincinnati, OH 45999-0030


ITD Print Solutions
P.O. Box 6205
Carson, CA 90749


Jarvis Chemicals & Paper
P.O. Box 10
Medinah, IL 60157


Johnson Bag Co
1166 Flex Ct
Lake Zurich, IL 60047


Johnson Steel Rule Die Co.
5410 W. Roosevelt Rd
#228
Chicago, IL 60644


Jorson & Carlson, Inc.
1501 Pratt Blvd
P.O. Box 796
Elk Grove Village, IL 60007


Juan Sanchez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Juana Melendez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605

King Commercial Finance
10024 Office Center Avenue
Suite 150
Saint Louis, MO 63128


Larson Packaging
419 Village Dr
Carol Stream, IL 60188


Laura Valdez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Leader Box Corp
4831 S. May St
Chicago, IL 60609


Leticia Zacarias
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Liliana Valdez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Long Bros
P.O. Box 616
611 North Street Alley
Pontiac, IL 61764


Lorena Damariz Macario
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Luz Maria Resendiz
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Magnum Magnetics
801 Masonic Park Rd
Marietta, OH 45750

Maria de Jesus Gamez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Maria de Jesus Sanchez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Maria Huerta
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Maria Villasenor
5022 W. 24th St
Cicero, IL 60804


Maribel Martinez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Marle Hernandez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Martha Adriana Hurtado
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


McFadden & Dillon
120 South LaSalle
Suite 1335
Chicago, IL 60603


MCGladrey & Pullen LLP
One South Wacker Dr
Suite 800
Chicago, IL 60606

Medina Transportation, Inc.
12824 Meadow Lane
Plainfield, IL 60585


Messenger 911, Inc.
2201 East Higgins Rd
Elk Grove Village, IL 60007


Metal Magic, Inc.
5801 S. 25th St
Phoenix, AZ 85040


Metro Staff, Inc.
300 N. McLean Blvd
Elgin, IL 60123


Michigan Packaging Company
88209 Expedite Way
Chicago, IL 60695


Micro Dies Supplies, Inc.
220 Gateway Rd
Bensenville, IL 60106


Micro Dies Supplies, Inc.
P.O. Box 767
Mount Washington, KY 40047


Micro West, Ltd.
326 Evergreen St
P.O. Box 18
Bensenville, IL 60106


Midwest Industrial Lighting
919 W. 38th St
Chicago, IL 60609


Midwest Time Recorder, Inc.
7964 S. Madison St.
Burr Ridge, IL 60527


Milwaukee Steel Rule Dies
N56W13712 Silver Spring Rd
Menomonee Falls, WI 53051

Miriam Arlet Juarez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Modern Suburban Graphics
P.O. Box 5595
Elgin, IL 60121


MPS
2301 Eastern Ave
Elk Grove Village, IL 60007


Multi Feed Technology Inc.
4821 White Bear Parkway
White Bear Lake, MN 55110


Muzak-North Central
P.O. Box 71070
Charlotte, NC 28272


National Battery Inc.
3333 Mt. Prospect Rd
Franklin Park, IL 60131


Nicor Gas
P. O. Box 416
Aurora, IL 60568-0001


Northwestern Mutual
P.O. Box 3007
Milwaukee, WI 53201-3007


Orkin Pest Control
603 E. Diehl Rd
Suite 124
Naperville, IL 60563-1452


Owen Scale
3616 N. Cicero Ave
Chicago, IL 60641


Packaging Design
P.O. Box 66277
Chicago, IL 60666-0277

Packsmart, Inc.
775 W. Belden Ave
Suite F
Addison, IL 60101


Palmer Packaging
423 S. Grace St
Addison, IL 60101


Patricia Ballesteros
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Paul W. Bullard
Michael A. Maciejewski, Ltd.
970 Oak Lawn Avenue, Suite 204
Elmhurst, IL 60126


PCS Industries
c/o Law Offices of Bill Snyder & As
120 E. Ogden Ave, Suite 17B
Hinsdale, IL 60521


Peel & Stik Adhesive Products, Inc.
P.O. Box 727
Lemont, IL 60439


Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-6390


Pitt Ohio Express, LLC
P.O. Box 643271
Pittsburgh, PA 15264-3271


Precision Cutter Systems, Inc.
8246 Lehigh Ave
Morton Grove, IL 60053


Rapid Pallets
9700 S. Harlem Ave
Bridgeview, IL 60455

Raul Tellez
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Related Products, Inc.
P.O. Box 812
Bensenville, IL 60106-0812


Rescue Graphics
5602 Hillcrest Rd
Downers Grove, IL 60516


Reynalda Cordero
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Ricardo Guzman
1325 Evers Ave
Westchester, IL 60154


Rita Silva
698 N. Lee Blvd
Hillside, IL 60162


Road Shark
684 County Line Rd
Bensenville, IL 60106


Robert Garland
11060 Saddle Drive
Chicago, IL 60649


RockTenn
504 Thrasher St NW
Norcross, GA 30071


Rosa Morales
460 W. Irving Park Rd
Bensenville, IL 60106

Rosenberg Paper Brokers
1866 Sheridan Rd
#303
Highland Park, IL 60035


RTS Financial Service, Inc.
8601 Monrovia Street
Lenexa, KS 66215


Ryno Express
2102 Ascot Ln
Spring Grove, IL 60081


Scott Lift Truck Corp
P.O. Box 1546
Elk Grove Village, IL 60009


Seko
P.O. Box 92170
Elk Grove Village, IL 60009


Shamrock Lawn Service
P.O. Box 622
Addison, IL 60101


Shanklin Corporation
100 Westford Rd
Ayer, MA 01432


Shell Oil
P.O. Box 183019
Columbus, OH 43218-3019


Signs by Tomorrow
110 Ridge Ave
Bloomingdale, IL 60108


Simplex Grinnell
c/o Richmond North Associates
P.O. Box 963
Amherst, NY 14226-0963

SlipStream
c/o Baxter Bailey & Associates
1630 Goodman Rd E, Ste 3
Southaven, MS 38671


Specialized Staffing Solutions
15020 S. Cicero Ave
Suite D
Oak Forest, IL 60452


Spectran
2250  E. Devon Ave
Elk Grove Village, IL 60007


Staples Business Advantage
Dept DET 2368, P.O. Box 83689
Chicago, IL 60696-3689


Sterling Bank
IL


Stick On Packaging
c/o Hartford Meiers, Inc.
1301 W. 22nd St, Suite 503
Oak Brook, IL 60523


Superior Personnel
902 Albion Ave
Schaumburg, IL 60193


Tangent Screen Print
950 N. Kilbourn Ave
Chicago, IL 60651


Timely Courier
2301 Arthur Ave
#100
Elk Grove Village, IL 60007


Timothy Garland
51 Brookside Drive
Lemont, IL 60439

Tower Imaging
14512 Friar St
Van Nuys, CA 91411


Try Our Pallets, Inc.
P.O. Box 1571
Melrose Park, IL 60161


U.S. Telephone Directory
801 East Fir Ave
McAllen, TX 78501


Uline Ship Supplies
2200 S. Lakeside Dr
Waukegan, IL 60085


Unique Indoor Comfort, Inc.
910 S. Riverside
#7
Elmhurst, IL 60126


Unishippers
P.o. Box 6047
Kennewick, WA 99336


United Bank


United Business Solutions
2171 Executive Dr
Ste 250
Addison, IL 60101


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Universal Laminating Ltd
560 Territorial Dr
Bolingbrook, IL 60440


Ups Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673

UPS Freight
28013 Network Place
Chicago, IL 60673-1280


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


V3 Insurance Partners LLC
115 Pheasant Run
Ste 218
Newtown, PA 18940


Village of Broadview
2350 S. 25th Ave
Broadview, IL 60155


Vinyl Art, Inc.
15300 28th Ave North
Plymouth, MN 55447


Viso Graphic Printing, Inc.
8040 S. Madison St
Burr Ridge, IL 60527


Voegeli Board Sales, Inc.
29W150 Butterfield Rd
Warrenville, IL 60555


Wilfrido Valle
c/o Working Hands Legal Clinic
401 S. LaSalle St., Suite 1400
Chicago, IL 60605


Workers' Law Office, PC
401 S. LaSalle St
Suite 1400
Chicago, IL 60605


Working Hands Legal Clinic
401 S. LaSalle St.
Suite 1400
Chicago, IL 60605

Zee Medical Inc.
P.O. Box 781494
Indianapolis, IN 46278

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Garland Converting Corporation**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Garland Converting Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Robert Garland**
**11060 Saddle Drive**
**Chicago, IL 60649**

**Timothy Garland**
**51 Brookside Drive**
**Lemont, IL 60439**

☐ None [*Check if applicable*]

**August 29, 2013**

Date

**/s/ Joel A. Schechter**

**Joel A. Schechter 3122099**

Signature of Attorney or Litigant

Counsel for   **Garland Converting Corporation**

**Law Offices of Joel A. Schechter**
**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
**312-332-0267 Fax:312-939-4714**
**joelschechter@covad.net**