UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Case No. 13 B 34561 |
|---|---|---|
|  | ) |  |
| GARLAND CONVERTING CORP., | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) | Judge Pamela S. Hollis |

ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO BALDI BERG LTD., ATTORNEYS FOR TRUSTEE, ALLOWANCE
AND PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES [EOD # 56]

| TOTAL FEES REQUESTED: | $ 38,527.50 | TOTAL COSTS REQUESTED: | $ 183.44 |
| TOTAL FEES REDUCED: | $    610.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 37,917.50 | TOTAL COSTS ALLOWED: | $ 183.44 |

**TOTAL FEES AND COSTS ALLOWED:  $ 38,100.94**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(7)    **Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

(8)    **Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk"

services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date: APR 2 4 2014

PAMELA S. HOLLIS
United States Bankruptcy Judge

**Baldi Berg, Ltd**  3/30/2014

Garland Converting Corporation - General Admin   Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/09/2013 | ECB | Confer with Trustee regarding employee matters, including claims with IL Dept of Labor and unemployment claim 1 | 0.10 $325.00/hr | $32.50 |
| 10/10/2013 | JDL | Review filed schedules (.2) Email to L. Colunga Merchant re: employee addresses added to Sch. E. (.1) | 0.30 $250.00/hr | $75.00 |
| 10/16/2013 | ECB | Telephone calls to BMO Harris to confirm receipt of Perfection wire transfer and confer with Trustee re same | 0.20 $325.00/hr | $65.00 |
| 10/22/2013 | ECB | Research Office of Foreign Asset Control in connection with delay on wire transfer of funds | 0.20 $325.00/hr | $65.00 |
| 10/22/2013 | JAB | Review documents regarding closing, confirm wire transfer. Follow up on wire hold, work with Harris Bank to clear hold. Emails to DFI attorney and RTS regarding same and regarding signatures. Review claim documents received. Email to Garland regarding records, meeting and other matters. Telephone call to buyer re wire issue, balance of deposit due. | 3.50 $450.00/hr | $1,575.00 ⑦ (-$157.50) |
| 11/08/2013 | JAB | Review and respond to emails regarding collections. | 0.50 $450.00/hr | $225.00 |
| 12/18/2013 | JAB | Review emails regarding collection of Lake County Press invoices. | 0.30 $450.00/hr | $135.00 |
| 12/19/2013 | JMM | Review email from JAB re: ComEd & Nicor Bills (.1), Telephone call to ComEd re: Close Acct & Final Bill (.2), Telephone call to Nicor re: Close Acct & Final Bill (.3), Draft email to Landlord re: Communication with Nicor & ComEd, Arrange to Change Accounts (.4) | 1.00 $175.00/hr | $175.00 |
| 12/20/2013 | JAB | Review and respond to emails regarding waste disposal contract. (.3) Review and call Euler re Lake County Press account, left message (.1) | 0.40 $450.00/hr | $180.00 |

**Baldi Berg, Ltd**                                                                3/30/2014

Garland Converting Corporation - General Admin                          Page    4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/23/2013 | JAB | Review issues regarding collection of receivables, Euler insurance and Lake County payments made. (.5) Telephone call to Euler agent re balance due, RTS involvement. (.4) Teleconference with RTS to clarify amount due, direction to pay, aging report. (.4) Telephone call to Lake County to make contact with president, clarify amount due, amount disputed. Email to Smith re amount shown due, request reconciliation from him. (.7) | 2.00 $450.00/ hr | $900.00 |
| 1/17/2014 | JAB | Email to Euler collection attorney and account manager regarding assignment of claims, bankruptcy estate, payout re same (.4). Review RTS account recaps, payment information (.9). Email to Jim Mauer re same (.2) | 1.50 $450.00/ hr | $675.00 |
| 1/20/2014 | JAB | Review (.3) and respond (.1) to email from Euler regarding receivables collection and follow up regarding same (.2). Review Euler claims review and payout calculation (.6). Review emails from Pope and Debtor's attorney re same (.3) | 1.50 $450.00/ hr | $675.00 |
| 3/19/2014 | JAB | Confer with accountant regarding tax issues, review of financial information. | 0.50 $450.00/ hr | $225.00 |
| 3/19/2014 | JAB | Review and reconcile documentation for receivables claims. Review payment history and reconcile to debtor information. Emails to Euler re insurance and collection efforts. | 1.50 $450.00/ hr | $675.00 ⑦ (-$67.50) |
| 3/20/2014 | JAB | Review and respond to Euler representative on insurance policy issues for receivables. | 0.50 $450.00/ hr | $225.00 |

|  |  |
|---|---|
| Total Fees | $7,472.50 |
| Total New Charges | $7,472.50 |
| Previous Balance | $0.00 |

# Baldi Berg, Ltd

3/30/2014

Garland Converting Corp - Claims issues

Page    7

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/13/2014 | JDL | Teleconference w/ attorney from Helping Hands re: employee claims received by Trustee. | 0.30 $250.00/hr | $75.00 |
| 1/14/2014 | JMM | Date Stamp each set of Proof of Claims for employee creditors (.8), Travel to (.3) and from (.3) Bankruptcy Court and file (.1) each proof of claim for employee creditors | 1.50 $175.00/hr | $262.50 ⑧ (-$140.00) |
| 1/16/2014 | JDL | Review sampling of 39 wage claims (.3) Email to L. Colunga re: employee wage claims filed late (.2) Conference w/ JAB re: same (.1) | 0.60 $250.00/hr | $150.00 |
| 1/28/2014 | JDL | Appear in court on motion to pay administrative expense (forklift battery rental). | 0.80 $250.00/hr | $200.00 |
| 2/10/2014 | JDL | Respond to email from L. Colunga re: claims register. | 0.20 $250.00/hr | $50.00 |
| 2/11/2014 | JDL | Review motion to deem claims timely filed (employees) | 0.20 $250.00/hr | $50.00 |
| 2/17/2014 | JAB | Prepare for (.2) and attend hearing on motion to deem claims as timely filed (.3) | 0.50 $450.00/hr | $225.00 |
| 2/20/2014 | JDL | Review claims from employees to determine priority amounts. (.7) Respond to email from attorney for employees re: same (.2) | 0.90 $250.00/hr | $225.00 |
| 2/21/2014 | JDL | Telephone conference w/ attorney for former employees with DOL claims (.4). Review requirements for priority allowance (.2) and communicate to attorney re: allowance of priority claims (.1). | 0.70 $250.00/hr | $175.00 |
| 2/28/2014 | JMM | Review Formal Notice to Employer of Wage Claim (.2), Draft email to Charlaine Cannon at IL Dept. of Labor re: Notice of Bankruptcy Filing (.4) | 0.60 $175.00/hr | $105.00 |

**Baldi Berg, Ltd**  3/30/2014

Garland Converting Corporation - Retention of Pr  Page   10

In Reference to:   *Garland Converting Corporation - Retention of P*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/16/2013 | ECB | Prepare Motion, affidavit, and order to employ attorneys | 0.80<br>$325.00/hr | $260.00 |
| 9/16/2013 | ECB | Prepare Motion, affidavit, and order to employ accountants (.5) Prep email to accountant re conflicts check and execution of 2014 affidavit (.2) | 0.70<br>$325.00/hr | $227.50 |
| 9/16/2013 | JMM | Drafted Fax Coversheets for both Motion to Employ Accountants (.4) and Motion to Employ Attorneys (.4) | 0.80<br>$175.00/hr | $140.00<br>⑧ (-$140.00) |
| 9/19/2013 | JAB | Prepare for (.2) and attend hearing on motions to employ (.3) | 0.50<br>$450.00/hr | $225.00 |

|  |  |
|---|---|
| Total Fees | $852.50 |
| Total New Charges | $852.50 |
| Previous Balance | $0.00 |
| Balance Due | $852.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.50 | $325.00 |
| Joseph A Baldi | 0.50 | $450.00 |
| Jason M Manola | 0.80 | $175.00 |

# Baldi Berg, Ltd

3/30/2014

Garland Converting Corporation - Sale of Equipm

Page 15

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/02/2013 | ECB | Check extent of service of Motion to Sell Equipment (.1) Prepare memo to JMM re completion of service by facsimile and federal express (.2) Confer with JDL re preparation of Motion to Allow and Authorize Trustee to Pay Sale Expenses as Administrative Expense and Motion to Allow and Pay Secured Claims of RTS and King Commercial (.2) | 0.50 $325.00/hr | $162.50 |
| 10/02/2013 | JDL | Continue preparation of motion to approve escrow agreement and allow administrative expenses. (1.3) Teleconference w/ Nicor re: final bill and problems related to issuance | 1.60 $250.00/hr | $400.00 |
| 10/02/2013 | JMM | Consult w/ ECB re: Motion to Sell Service (.1), Draft Fax Cover Letters to 5 parties (.5), Serve Motion to Sell on 5 parties (.2), Prepare Motion to Sell to Tim Garland via FedEx (.2), Deliver service envelope to FedEx (.1) | 1.10 $175.00/hr | $192.50 ⑧ (-$105.00) |
| 10/03/2013 | JDL | Make changes to Escrow Agreement and incorporate changes from parties and JAB (3 separate revisions). (1.2) Continue drafting motion to approve escrow agreement and pay administrative expenses. (1.0) Draft motion to pay secured claims (1.3) | 3.50 $250.00/hr | $875.00 |
| 10/04/2013 | JAB | Review Motion to allow admin claims and approve Escrow Agreement (.4). Review escrow agreement revisions 9.4). Revise same (.3) and confer with JDL re follow up (.1). | 1.20 $450.00/hr | $540.00 |
| 10/04/2013 | JAB | Review motion to allow RTS claims (.4), confer with JDL re revisions (.2). | 0.60 $450.00/hr | $270.00 |
| 10/04/2013 | JAB | Teleconference with S Kleba, discuss revisions to Sale Agreement for access period rent, agreement with landlord (.2). Revise Sale Agreement. (.5) Telephone call to landlord's attorney re extension of access period if sale not approved on 10/10, rent for same. (.4) Review landlord proposal re same (.1). Revise landlord agreement with Perfection (.3) and forward to Bullard for review. (.1) | 2.30 $450.00/hr | $1,035.00 |