# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARLAND CONVERTING CORPORATION | § | Case No. 13-34561 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2013 .  The undersigned trustee was appointed on  08/29/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $                300,313.78

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 100,825.96 |
| Bank service fees | 3,324.84 |
| Other payments to creditors | 114,235.82 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                $                81,927.16

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/13/2014  and the deadline for filing governmental claims was  02/25/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 18,265.69 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 18,265.69 , for a total compensation of $ 18,265.69 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 411.18 , for total expenses of $ 411.18 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2016                    By:/s/Joseph A. Baldi
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 13-34561 | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | GARLAND CONVERTING CORPORATION | | | Date Filed (f) or Converted (c): | 08/29/13 (f) |
| | | | | 341(a) Meeting Date: | 10/17/13 |
| For Period Ending: | 05/19/16 | | | Claims Bar Date: | 01/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase, checking, xxxxx0491 (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 2. Chase, checking, xxxxx0509 (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Chase, savings, account number to be provided | 0.02 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable | 390,000.00 | 0.00 | | 12,499.60 | FA |
| Face value of accounts receivable, subject to factor's lien and write off for disputed accounts; Trustee recovered collectable accounts receivable after satisfaction of factoring lien | | | | | |
| 5. misc office equipment including computers, shelvin | Unknown | 0.00 | | 0.00 | FA |
| 6. Machinery, fixtures, equipment used in business | 500,000.00 | 280,700.00 | | 280,700.00 | FA |
| 7. Security Deposit - Post Petition (u) | 0.00 | 3,400.00 | | 5,727.90 | FA |
| Utility Deposit for services post petition, refund of unused portion | | | | | |
| 8. Cancellation Refunds (u) | 0.00 | 1,141.00 | | 1,141.00 | FA |
| 9. INSURANCE POLICIES - premium refund (u) | 0.00 | 146.68 | | 146.68 | FA |
| United Healthcare premium refund rebate check | | | | | |
| 10. Miscellaneous Receipts (u) | 0.00 | 98.60 | | 98.60 | FA |
| Refund received from International Paper and Overpayment Refund from Marco Die Supplies, Inc. | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $890,000.02 | $285,486.28 | | $300,313.78 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 2016:  Trustee filed an adversary proceediing in January 2016 to recover outstanding A/R; Trustee resolved adversary

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-34561 | Judge: Pamela S. Hollis | |
| Case Name: | GARLAND CONVERTING CORPORATION | | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 08/29/13 (f) |
| 341(a) Meeting Date: | 10/17/13 |
| Claims Bar Date: | 01/13/14 |

in February 2016 and collected remaiining accounts receivable; Trustee verified current contact information for Debtors' employees with allowed claims; Trustee prepared final tax returns.

September 2015:  Trustee took possession of debtor's facility, worked with secured creditors to liquidate machinery.  Trustee solicited bids from auctioneers for sale either in bulk or at auction, determined that bulk bid from auctioneer was in best interests of estate.  Trustee was able to sell all equipment, pay secured creditors and administrative expenses of sale in full and realize equity for unsecured creditors.  Trustee is investigating value and collectability of remaining accounts receivable.  Also reviewing books and records for potential recoverable transfers, completion of tax returns required.

July 22, 2015, 04:40 pm Remaining account receivable remains outstanding, will determine if collectable.  Expect to close case by year end.

March 09, 2016, 04:25 pm Settled A/R case with Lake County Press, all assets administered, will review claims and prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/15

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-34561  -PSH |
| Case Name: | GARLAND CONVERTING CORPORATION |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6883  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******8363 |
| For Period Ending: | 05/19/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 119,155.05 | | 119,155.05 |
| 12/20/13 | 003001 | ComEd PO Box 6111 Carol Stream, IL  60197-6111 | UTILITIES EXPENSES UTILITIES PAYMENT ALLOWED PER COURT ORDER DATED 10/10/13 [dkt 39] Service from 11/11/13 - 12/12/13 | 2420-000 | | 1,607.68 | 117,547.37 |
| 12/20/13 | 003002 | GIS Venture c/o Darwin Realty 970 N. Oaklawn Avenue, Suite 100 Elmhurst, IL 60126 | REIMBURSEMENT OF EXPENSES ALLOWED PER COURT ORDER DATED 10/10/13 [dkt 39] Reimbursement of Water Bill Paid by Darwin Realty | 2990-000 | | 309.56 | 117,237.81 |
| 12/23/13 | 4 | RTS Financial Services, Inc. 8601 Monrovia Lenexa, KS 66215 | ACCOUNTS RECEIVABLE | 1121-000 | 3,400.00 | | 120,637.81 |
| 12/26/13 | 003003 | NICOR GAS PO BOX 5407 CAROL STREAM, IL 60197-5407 | UTILITIES EXPENSES Allowed per Court Order dated October 10, 2013 [dkt 39] Acct # 47-91-78-0000 6 | 2420-000 | | 1,168.87 | 119,468.94 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 69.63 | 119,399.31 |
| * 01/09/14 | 003004 | NICOR GAS PO BOX 5407 CAROL STREAM, IL 60197-5407 | UTILITIES EXPENSES Allowed per Court Order dated October 10, 2013 Acct # 47-91-78-0000 6 | 2420-003 | | 892.64 | 118,506.67 |
| * 01/09/14 | 003004 | NICOR GAS PO BOX 5407 CAROL STREAM, IL 60197-5407 | UTILITIES EXPENSES Error on Check Amount. Statement Balance was $892.94 instead of $892.64. ~JMM 1.9.14 | 2420-003 | | -892.64 | 119,399.31 |
| 01/09/14 | 003005 | NICOR GAS PO BOX 5407 CAROL STREAM, IL 60197-5407 | UTILITIES EXPENSES Allowed per Court Order dated October 10, 2013 [dkt 39] Acct # 47-91-78-0000 6 | 2420-000 | | 892.94 | 118,506.37 |
| 01/17/14 | 003006 | Perfection Industrial Sales c/o Steve Kleba | UTILITIES EXPENSES Allowed per Court Order dated October 10, 2013. | 2420-000 | | 1,737.50 | 116,768.87 |
| | | | Page Subtotals | | 122,555.05 | 5,786.18 | |

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-34561 -PSH |
| Case Name: | GARLAND CONVERTING CORPORATION |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6883  Checking Account |

Taxpayer ID No:    *******8363
For Period Ending:    05/19/16

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/28/14 | 003007 | 2550 Arthur Avenue<br>Elk Grove Village, IL 60007<br>NATIONAL BATTERY, INC<br>3333 MT. PROSPECT ROAD<br>FRANKLIN PARK, IL 60131 | [dkt 39]<br>Invoice # 11413-1<br>BATTERY RENTAL FEE<br>Allowed per Court Order Dated January 28, 2014 [dkt 51] | 2420-000 | | 750.00 | 116,018.87 |
| 02/05/14 | 003008 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Invoice No. 131220076<br>Bond Premium Payment<br>Annual premium payment | 2300-000 | | 92.98 | 115,925.89 |
| 02/07/14 | 003009 | Associated Bank | BANK SERVICE FEE | 2600-000 | | 175.93 | 115,749.96 |
| 02/18/14 | 7 | COMED<br>P.O. BOX 805379<br>CHICAGO, IL  60680-5379 | ACCOUNT DEPOSIT REFUND | 1221-000 | 5,727.90 | | 121,477.86 |
| 02/28/14 | 003009 | WASTE MANAGEMENT<br>PO BOX 4648<br>CAROL STREAM, IL 60197-4648 | REMOVAL OF WASTE ON PROPERTY<br>INVOICE NO. 495-2623-9<br>DUMPSTER & REMOVAL OF CHEMICAL SERVICES | 2500-000 | | 5,161.00 | 116,316.86 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 158.54 | 116,158.32 |
| 04/07/14 | 10 | INTERNATIONAL PAPER<br>PO BOX 467<br>MILFORD, OH 45150 | SELLER INVOICE - REFUND | 1229-000 | 81.32 | | 116,239.64 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 173.43 | 116,066.21 |
| 04/24/14 | 003010 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | INTERIM ATTORNEY FEES<br>Allowed per Court Order dated April 24, 2014 [dkt 59]<br>Check erroneously payable to J. Baldi, Trustee.<br>Check has been remitted properly to Balid Berg, Ltd. and coded to attorney for trustee fees | 3110-000 | | 37,917.50 | 78,148.71 |
| 04/24/14 | 003011 | Joseph A. Baldi, Trustee<br>20 N. Clark Street | INTERIM ATTORNEY EXPENSES<br>Allowed per Court Order Dated April 24, 2014 [dkt | 3120-000 | | 183.44 | 77,965.27 |

Page Subtotals    5,809.22    44,612.82

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        13-34561  -PSH

Case Name:   GARLAND CONVERTING CORPORATION

Taxpayer ID No:  *******8363

For Period Ending:  05/19/16

Trustee Name:        Joseph A. Baldi

Bank Name:           Associated Bank

Account Number / CD #:   *******6883  Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 200<br>Chicago, Illinois  60602 | 59]<br>Check erroneously payable to J. Baldi, Trustee.<br>Check has been remitted properly to Balid Berg, Ltd.<br>and coded to attorney for trustee expenses | | | | |
| 04/24/14 | 003012 | King Commercial Finance, LLC<br>10024 Office Center Avenue<br>Suite 200<br>Saint Louis, MO 63128 | SECURED CLAIM<br>Allowed per Court Order dated April 24, 2014 [dkt 58] | 4210-000 | | 2,500.00 | 75,465.27 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 156.01 | 75,309.26 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 112.10 | 75,197.16 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 108.19 | 75,088.97 |
| 08/07/14 | 9 | UNITED HEALTHCARE OF ILLINOIS, INC<br>MLR OPERATIONS<br>PO BOX 30519<br>SALT LAKE CITY, UT 84130 | HEALTH INSURANCE REBATE - 2013 | 1290-000 | 146.68 | | 75,235.65 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 111.64 | 75,124.01 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 111.65 | 75,012.36 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 107.93 | 74,904.43 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 111.36 | 74,793.07 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 107.61 | 74,685.46 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 111.03 | 74,574.43 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 110.88 | 74,463.55 |
| 02/20/15 | 003013 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | 2015 Bond premium | 2300-000 | | 51.67 | 74,411.88 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 99.99 | 74,311.89 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 110.50 | 74,201.39 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 106.76 | 74,094.63 |

Page Subtotals          146.68          4,017.32

Page:   4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-34561 -PSH | Trustee Name: | Joseph A. Baldi |
| Case Name: | GARLAND CONVERTING CORPORATION | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6883  Checking Account |
| Taxpayer ID No: | *******8363 | | |
| For Period Ending: | 05/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 110.16 | 73,984.47 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 106.42 | 73,878.03 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 109.84 | 73,768.19 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 109.67 | 73,658.52 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 105.98 | 73,552.54 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 109.35 | 73,443.19 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 105.66 | 73,337.53 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 109.03 | 73,228.50 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 108.88 | 73,119.62 |
| 02/10/16 | 4 | LAKE COUNTY PRESS, INC. 98 Noll Street, PO Box 9209 Waukegan, IL 60079 | ACCOUNTS RECEIVABLE | 1121-000 | 9,099.60 | | 82,219.22 |
| 02/15/16 | 003014 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Bond Premium Payment 2016 Bond Premium Payment | 2300-000 | | 59.67 | 82,159.55 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 110.41 | 82,049.14 |
| 04/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 121.98 | 81,927.16 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 137,610.55 | 55,683.39 | 81,927.16 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 119,155.05 | 0.00 | |
| | | Subtotal | 18,455.50 | 55,683.39 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 18,455.50 | 55,683.39 | |

Page Subtotals        9,099.60        1,267.07

LFORM24

Ver: 19.06a

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-34561  -PSH |
| Case Name: | GARLAND CONVERTING CORPORATION |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0028  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******8363 |
| For Period Ending: | 05/19/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/13 | 10 | Marco Die Supplies, Inc. 917 Landis Lane Mt. Washington, KY 40047 | ACCOUNT REFUND - OVERPAYMENT | 1229-000 | 17.28 | | 17.28 |
| 10/09/13 | 8 | Travelers Property Casualty CL Agency Richmond Accounting PO BOX 26385 Richmond, VA 23260 | Cancellation Refund | 1229-000 | 1,141.00 | | 1,158.28 |
| 10/25/13 | 6 | JOSEPH A. BALDI, Trustee 20 N Clark Street Suite 200 Chicago, Illinois  60602 | SALE OF ASSETS - INSTALLMENT Assets sold per order 10/10/13  [dkt 40] | 1129-000 | 71,400.00 | | 72,558.28 |
| 10/30/13 | 001001 | ComEd PO BOX 611 CAROL STREAM, IL 60197 | GARLAND - ADMIN EXPENSES Allowed per Court Order Dated October 10, 2013 [dkt 39] Acct # 0536713121 | 2420-000 | | 7,598.78 | 64,959.50 |
| 10/30/13 | 001002 | NICOR GAS PO BOX 5407 CAROL STREAM, IL 60197-5407 | GARLAND - ADMIN EXPENSES Allowed per Court Order dated October 10, 2013 [dkt 39] Acct # 47-91-78-0000 6 | 2990-000 | | 120.91 | 64,838.59 |
| 10/30/13 | 001003 | GIS Rolling, LLC c/o Paul W. Bullard, Esq. 970 Oaklawn Avenue, Ste. 204 Elmhurst, IL 60126 | RENT PAYMENT SEPT 13 - DEC 13 Allowed per Court Order dated October 10, 2013 [dkt 39] | 2410-000 | | 40,000.00 | 24,838.59 |
| 11/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.66 | 24,827.93 |
| 11/20/13 | | JOSEPH A. BALDI, Trustee 20 N Clark Street Suite 200 | SALE PROCEEDS: EQUIP/FIXT Assets sold per order 10/10/13 [dkt 40] | | 97,564.18 | | 122,392.11 |

Page Subtotals        170,122.46        47,730.35

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-34561 -PSH |
| Case Name: | GARLAND CONVERTING CORPORATION |
| | |
| Taxpayer ID No: | *******8363 |
| For Period Ending: | 05/19/16 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0028  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 6 | Chicago, Illinois  60602 PERFECTION GLOBAL LLC | Memo Amount:          209,300.00 Balance of sale proceeds | 1129-000 | | | |
| | | RTS FINANCIAL SERVICES | Memo Amount:     (    111,735.82 ) payment of secured lien [dkt 37] | 4210-000 | | | |
| 11/20/13 | 001004 | ComEd PO Box 6111 Carol Stream, IL  60197-6111 | UTILITIES EXPENSES UTILITIES PAYMENT ALLOWED PER COURT ORDER DATED 10/10/13 [dkt 39] | 2420-000 | | 743.63 | 121,648.48 |
| 11/26/13 | 001005 | NICOR GAS PO BOX 5407 CAROL STREAM, IL 60197-5407 | GARLAND - ADMIN EXPENSES Allowed per Court Order dated October 10, 2013 [dkt 39] Acct # 47-91-78-0000 6 | 2990-000 | | 754.45 | 120,894.03 |
| 11/26/13 | 001006 | Trustee Insurance Agency 2813 W. Main Street Kalamazoo, MI  49006 | GARLAND - ADMIN EXPENSES Allowed per Court Order dated November 21, 2013 [dkt 46] | 2420-000 | | 1,675.38 | 119,218.65 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 63.60 | 119,155.05 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 119,155.05 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 209,300.00 | COLUMN TOTALS | 170,122.46 | 170,122.46 | 0.00 |
| Memo Allocation Disbursements: | 111,735.82 | Less: Bank Transfers/CD's | 0.00 | 119,155.05 | |
| | | Subtotal | 170,122.46 | 50,967.41 | |
| Memo Allocation Net: | 97,564.18 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 170,122.46 | 50,967.41 | |
| | | | | | |
| Total Allocation Receipts: | 209,300.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 111,735.82 | Checking Account - *******6883 | 18,455.50 | 55,683.39 | 81,927.16 |
| | | Checking Account (Non-Interest Earn - *******0028 | 170,122.46 | 50,967.41 | 0.00 |
| Total Memo Allocation Net: | 97,564.18 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 188,577.96 | 106,650.80 | 81,927.16 |
| | | | ============ | ============ | ============ |
| | | Page Subtotals | 0.00 | 122,392.11 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Ver: 19.06a

LFORM24

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-34561 -PSH | Trustee Name: | Joseph A. Baldi |
| Case Name: | GARLAND CONVERTING CORPORATION | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0028  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8363 | | |
| For Period Ending: | 05/19/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 19.06a

LFORM24

Page 1

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Date: May 19, 2016

Case Number:  13-34561
Debtor Name:  GARLAND CONVERTING CORPORATION

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| 001 2100-00 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Administrative | | | | $18,265.69 | $0.00 | $18,265.69 |
| | | | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $18,265.69 | $0.00 | $18,265.69 |
| 001 2200-00 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Administrative | | | | $411.18 | $0.00 | $411.18 |
| | | | Subtotal For Claim Type 2200-00  Trustee Expenses | | | $411.18 | $0.00 | $411.18 |
| BOND 001 2300-00 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Administrative | | | | $92.98 | $92.98 | $0.00 |
| | | | 2221656883 | 02/05/14 | 3008 | | 92.98 | |
| BOND 001 2300-00 | ARTHUR B. LEVINE COMPANY 60 East 42nd Street Room 965 New York, New York 10165 | Administrative | | | | $111.34 | $111.34 | $0.00 |
| | | | 2221656883 | 02/20/15 | 3013 | | 51.67 | |
| | | | 2221656883 | 02/15/16 | 3014 | | 59.67 | |
| | | | Subtotal For Claim Type 2300-00  Bond Payments | | | $204.32 | $204.32 | $0.00 |
| 001 3110-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative Interim compensation awarded and paid to BB pursuant to this Court's order dated 4/24/14 [dkt. 59] | | | | $37,917.50 | $37,917.50 | $0.00 |
| | | | 2221656883 | 04/24/14 | 3010 | | 37,917.50 | |
| 054 3110-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative Baldi Berg voluntarily subordinates its request for payment of final compensation to the payment, in full, of other chapter 7 administrative claims and the priority wage claims | | | | $10,136.50 | $0.00 | $10,136.50 |
| | | | Subtotal For Claim Type 3110-00  Attorney for Trustee Fees (Trustee | | | $48,054.00 | $37,917.50 | $10,136.50 |
| 001 3120-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative | | | | $1,156.55 | $0.00 | $1,156.55 |
| 001 3120-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative Reimbursement of expenses awarded and paid to BB pursuant to this Court's order dated 4/24/14 [dkt. 59] | | | | $183.44 | $183.44 | $0.00 |
| | | | 2221656883 | 04/24/14 | 3011 | | 183.44 | |
| | | | Subtotal For Claim Type 3120-00  Attorney for Trustee Expenses | | | $1,339.99 | $183.44 | $1,156.55 |
| 001 3410-00 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Administrative | | | | $6,545.50 | $0.00 | $6,545.50 |

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Case Number:    13-34561
Debtor Name:    GARLAND CONVERTING CORPORATION

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 3410-00  Accountant for Trustee Fees (Other) | | | $6,545.50 | $0.00 | $6,545.50 |
| 000003 050 4210-00 | RTS Financial Service, Inc. Lathrop & Gage LLP c/o John T Coghlan 2345 Grand Blvd Suite 2200 Kansas City, MO 64108 | Secured | Paid secured claim in full per order dated 10/10/13 [dkt. 37] | $111,735.82 | $111,735.82 | $0.00 |
| | | | 9040500028    11/20/13    10 | | 111,735.82 | |
| 000027 050 4210-00 | King Commercial Finance, LLC 10024 Office Center Avenue Suite 200 Saint Louis, MO 63128 | Secured | Claim determined to ba allowed in part as secured, balance as unsecured per order 4/24/14 [dkt 58]; amount of allowed secured claim paid | $2,500.00 | $2,500.00 | $0.00 |
| | | | 2221656883    04/24/14    3012 | | 2,500.00 | |
| | Subtotal For Claim Type 4210-00  Personal Prop & Intang - | | | $114,235.82 | $114,235.82 | $0.00 |
| 000017 053 5300-00 | Peter Chlopek 111 E. Beech Dr. Schaumburg, IL 60193 | Priority | Updated address per phone conversation with creditor 10/29; claim amended to assert portion as unsecured | $2,520.00 | $0.00 | $2,520.00 |
| 000018A 053 5300-00 | Carol Macak 446 Natoma Park Forest, IL 60466 | Priority | | $4,167.81 | $0.00 | $4,167.81 |
| 000026 053 5300-00 | Douglas Ericson 1549 W. Sherwin Ave Apt. 205 Chicago, IL 60626 | Priority | | $2,790.00 | $0.00 | $2,790.00 |
| 000033A 053 5300-00 | Rosa Morales 460 W. Irving Park Rd Bensenville, IL 60106 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,188.00 | $0.00 | $1,188.00 |
| 000034A 053 5300-00 | Edgar Ramos 4819 W. Medill St. Chicago, IL 60639 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Address and W-2 information updated per Raise the Floor Alliance | $3,205.63 | $0.00 | $3,205.63 |
| 000035A 053 5300-00 | Wilfrido Valle 4044 North Central Park Chicago, IL 60618 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,121.00 | $0.00 | $1,121.00 |
| 000036A 053 5300-00 | Patricia Ballesteros 155 North 24th Avenue Melrose Park, IL 60160 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $875.75 | $0.00 | $875.75 |
| 000037A 053 5300-00 | Erika Tellez 2259 North Leamington Ave. Chicago, IL 60639 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $2,543.75 | $0.00 | $2,543.75 |
| 000038A 053 5300-00 | Ana Lesi Carraman 1677 North Mannheim Road, Apt. 4 Stone Park, IL 60165 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,062.19 | $0.00 | $1,062.19 |

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Page 3                                                                                                          Date: May 19, 2016

Case Number:   13-34561                          Claim Type Sequence
Debtor Name:   GARLAND CONVERTING CORPORATION

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000039A 053 5300-00 | Angelica Roman 4342 West Lemoyne Street Chicago, IL 60651 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,412.81 | $0.00 | $1,412.81 |
| 000041A 053 5300-00 | ERIKA ANGULO 1500 N. 5th Ave. Melrose Park, IL 60160 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Updated address and W-2 info per Raise the Floor Alliance | $957.00 | $0.00 | $957.00 |
| 000042A 053 5300-00 | Erika Torres 480 Jeanne Ct., Apt. 8 Wood Dale, IL 60191 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Address and W-2 information updated per Raise the Floor Alliance | $1,976.91 | $0.00 | $1,976.91 |
| 000043A 053 5300-00 | Reynalda Cordero 1306 North 15th Avenue Melrose Park, IL 60160 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,117.75 | $0.00 | $1,117.75 |
| 000044A 053 5300-00 | Miriam Arlet Juarez 456 Duck Lane Wood Dale, IL 60191 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,823.25 | $0.00 | $1,823.25 |
| 000045A 053 5300-00 | Raul Tellez 2259 North Leamington Avenue Chicago, IL 60639 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $620.81 | $0.00 | $620.81 |
| 000046A 053 5300-00 | Rita Silva 698 N. Lee Blvd Hillside, IL 60162 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,033.31 | $0.00 | $1,033.31 |
| 000047A 053 5300-00 | Liliana Valdez 6112 West 27th Street Cicero, IL 60804 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $571.31 | $0.00 | $571.31 |
| 000048A 053 5300-00 | Laura Valdez 512 Linda Lane Addison, IL 60101 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,167.38 | $0.00 | $1,167.38 |
| 000049A 053 5300-00 | Maribel Martinez 2645 South Kolin Chicago, IL 60623 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $736.31 | $0.00 | $736.31 |
| 000050A 053 5300-00 | Maria de Jesus Gamez 1417 S. 19th St. Maywood, IL 60153 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,159.13 | $0.00 | $1,159.13 |
| 000051A 053 5300-00 | Martha Adriana Hurtado 2415 South Albany, Apt. 2 Chicago, IL 60623 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,596.38 | $0.00 | $1,596.38 |
| 000052A 053 5300-00 | Marle Hernandez 280 North Central Avenue Wood Dale, IL 60191 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $594.00 | $0.00 | $594.00 |

EXHIBIT C

Page 4

ANALYSIS CLAIMS REGISTER

Date: May 19, 2016

Case Number:    13-34561

Claim Type Sequence

Debtor Name:    GARLAND CONVERTING CORPORATION

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000053A 053 5300-00 | Giovana Hernandez 784 Piper Ln., Apt. 3A Prospect Heights, IL 60071 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,352.38 | $0.00 | $1,352.38 |
| 000054A 053 5300-00 | Maria Huerta 456 Duck Lane Wood Dale, IL 60191 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,526.25 | $0.00 | $1,526.25 |
| 000055A 053 5300-00 | Guadalupe Morales Hernandez 3249 South Kedvale Chicago, IL 60623 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $690.94 | $0.00 | $690.94 |
| 000056A 053 5300-00 | Blanca Guzman 1325 Evers Avenue Westchester, IL 60154 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,039.50 | $0.00 | $1,039.50 |
| 000058A 053 5300-00 | Cecilia Flores 5620 N. Richmond Chicago, IL 60659 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Address and w-2 information updated per Raise the Floor Alliance | $1,175.63 | $0.00 | $1,175.63 |
| 000059A 053 5300-00 | Juana Melendez 71 West Michael Lane Apt. D Addison, IL 60101 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,460.25 | $0.00 | $1,460.25 |
| 000060A 053 5300-00 | Juan Sanchez 3025 North Albany, 2nd Floor Chicago, IL 60618 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,054.00 | $0.00 | $1,054.00 |
| 000061A 053 5300-00 | Luz Maria Resendiz 3745 West 68th Street Chicago, IL 60629 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,804.61 | $0.00 | $1,804.61 |
| 000062A 053 5300-00 | Maria de Jesus Sanchez 218 30th Ave. Bellwood, IL 60104 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Address and W-2 information updated per Raise the Floor Alliance | $1,198.31 | $0.00 | $1,198.31 |
| 000066A 053 5300-00 | Ana B. Camberos 123 Woodcrest Circle Streamwood, IL 60107 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,212.13 | $0.00 | $1,212.13 |
| 000067A 053 5300-00 | Erik Garcia 10448 Crown Road Apt. 5 Franklin Park, IL 60131 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,485.00 | $0.00 | $1,485.00 |
| 000068A 053 5300-00 | Camila Rios 5023 South Keating Avenue Chicago, IL 60632 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,465.41 | $0.00 | $1,465.41 |
| 000069A 053 5300-00 | Danelia Flores 108 W. Palatine Rd. Prospect heights, IL 60070 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Address and W-2 information updated per Raise the Floor Alliance | $1,332.38 | $0.00 | $1,332.38 |

Page 5

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Date: May 19, 2016

Case Number: 13-34561
Debtor Name: GARLAND CONVERTING CORPORATION

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000070A 053 5300-00 | Gregorio Medina Ramirez 3647 West 54th Street Chicago, IL 60632 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed | $1,315.88 | $0.00 | $1,315.88 |
| 000071A 053 5300-00 | Gricelda Sanchez 218 30th Ave. Bellwood, IL 60104 | Priority | Order dated 2/18/14 [dkt 55] allows claim as timely filed Address and W-2 information updated per Raise the Floor Alliance | $1,128.19 | $0.00 | $1,128.19 |
| | Subtotal For Claim Type 5300-00  Prepetition Wages - 507(a)(4) | | | $53,481.34 | $0.00 | $53,481.34 |
| 000012A 058 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | (12-1) Unemployment tax | $28,486.34 | $0.00 | $28,486.34 |
| | Subtotal For Claim Type 5800-00  Gov't Priority Taxes - 507(a)(8) | | | $28,486.34 | $0.00 | $28,486.34 |
| 000001 070 7100-00 | Sterling National Bank Attn John O'Toole 42 Broadway 3rd Floor New York, NY 10004 | Unsecured | (1-1) Modified on 9/25/13 to correct claim type(dw) | $20,386.80 | $0.00 | $20,386.80 |
| 000002 070 7100-00 | Sterling National Bank Attn John O'Toole 42 Broadway 3rd Floor New York, NY 10004 | Unsecured | | $6,113.25 | $0.00 | $6,113.25 |
| 000004 070 7100-00 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville FL 32256 | Unsecured | | $1,649.02 | $0.00 | $1,649.02 |
| 000005 070 7100-00 | GIS Rolling, LLC c/o Michael A Maciejewski, Ltd 970 OakLawn Avenue, Suite 204 Elmhurst, IL 60126 | Unsecured | Paid post petition rent per ordr 10/10/13 [dkt. #39] pre-petition balance of claim unsecured (5-1) Modified on 10/21/13 to correct creditors address(dw) | $244,924.03 | $0.00 | $244,924.03 |
| 000006 070 7100-00 | Jarvis Chemicals & Paper P.O. Box 10 Medinah, IL 60157 | Unsecured | | $10,420.00 | $0.00 | $10,420.00 |
| 000007 070 7100-00 | GC Dies, LLC 877 N. Larch Ave Elmhurst, IL 60126 | Unsecured | | $27,213.00 | $0.00 | $27,213.00 |
| 000008 070 7100-00 | Citation Box & Paper Co 4700 W. Augusta Blvd Chicago, IL 60651 | Unsecured | | $665.00 | $0.00 | $665.00 |
| 000009 070 7100-00 | Multi Feed Technology Inc. 4821 White Bear Parkway White Bear Lake, MN 55110 | Unsecured | | $1,484.64 | $0.00 | $1,484.64 |

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Date: May 19, 2016

Case Number:    13-34561
Debtor Name:    GARLAND CONVERTING CORPORATION

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | American Door and Dock 2125 Hammond Dr Schaumburg, IL 60173 | Unsecured | | $8,868.58 | $0.00 | $8,868.58 |
| 000011 070 7100-00 | Milwaukee Steel Rule Dies, LLC N56W113712 Silver Spring Road Menomonee Falls, WI 53051 | Unsecured | | $972.00 | $0.00 | $972.00 |
| 000013 070 7100-00 | United Parcel Service (Freight) c/o Receivable Management Services ("RMS P.O. Box 4396 Timonium, MD 21094 | Unsecured | | $677.70 | $0.00 | $677.70 |
| 000014 070 7100-00 | United Parcel Service c/o Receivable Management Services ("RMS P.O. Box 4396 Timonium, MD 21094 | Unsecured | | $380.44 | $0.00 | $380.44 |
| 000015 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (15-1) CREDIT CARD DEBT | $7,941.28 | $0.00 | $7,941.28 |
| 000016 070 7100-00 | Johnson Bag Co,Inc 1166 Flex Court Lake Zurich, IL 60047 | Unsecured | | $1,677.06 | $0.00 | $1,677.06 |
| 000017A 070 7100-00 | Peter Chlopek 111 E. Beech Dr. Schaumburg, IL 60193 | Unsecured | Updated address per phone conversation with creditor 10/29; claim amended to assert portion as unsecured | $6,000.00 | $0.00 | $6,000.00 |
| 000019 070 7100-00 | Packsmart, Inc. 775 W. Belden Ave Suite F Addison, IL 60101 | Unsecured | | $2,004.00 | $0.00 | $2,004.00 |
| 000020 070 7100-00 | Larson Packaging Products, Inc American Financial Management, Inc 3715 Ventura Drive Arlington Heights, IL | Unsecured | | $5,501.97 | $0.00 | $5,501.97 |
| 000021 070 7100-00 | Euler Hermes North America Insuranc Agent of Garland Converting Corporation 800 Red Brook Boulevard Owings Mills, MD 21117 | Unsecured | | $92,538.75 | $0.00 | $92,538.75 |
| 000022 070 7100-00 | National Battery Inc of Chicago 3333 Mount Prospect Road Franklin Park, IL 60131 | Unsecured | Returned battery; paid $750 administrative claim per order 1/28/14 [dkt 51] | $2,016.00 | $0.00 | $2,016.00 |

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Date: May 19, 2016

Case Number:   13-34561
Debtor Name:   GARLAND CONVERTING CORPORATION

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000023 070 7100-00 | RockTenn Company RockTenn CP, LLC Attn: Brian Newton, Manager Corporate Cr 3950 Shackleford Road, Suite 100 Duluth, GA 30096 | Unsecured | | $6,999.58 | $0.00 | $6,999.58 |
| 000024 070 7100-00 | Denel Enterprises, Inc d/b/a Timely Courier 2301 Arthur Ave #100 Elk Grove Village, IL 60007-6000 | Unsecured | | $1,230.11 | $0.00 | $1,230.11 |
| 000025 070 7100-00 | Tangent Screen Print, Inc 950 N. Kilbourn Ave Chicago, IL 60651 | Unsecured | | $9,763.10 | $0.00 | $9,763.10 |
| 000027A 070 7100-00 | King Commercial Finance, LLC 10024 Office Center Avenue Suite 200 Saint Louis, MO 63128 | Unsecured | Claim determined to ba allowed in part as secured, balance as unsecured per order 4/24/14 [dkt 58] | $6,170.78 | $0.00 | $6,170.78 |
| 000028 070 7100-00 | Rescue Graphics/ Diane Tarullo 5602 Hillcrest Road Downers Grove, IL 60516 | Unsecured | | $947.25 | $0.00 | $947.25 |
| 000029 070 7100-00 | Nicor Gas Po box 549 Aurora il 60507 | Unsecured | | $147.06 | $0.00 | $147.06 |
| 000030 070 7100-00 | E.C. Schultz & Company, Inc. 333 Crossen Avenue Elk Grove Village, IL 60007-2001 | Unsecured | | $1,639.00 | $0.00 | $1,639.00 |
| 000031 070 7100-00 | AT&T Mobility II LLC %AT&T SERVICES INC. KAREN A. CAVAGNARO PARALEGAL ONE AT&T WAY, SUITE 3A104 BEDMINSTER, NJ. 07921 | Unsecured | (31-1) WIRELESS SERVICE | $887.38 | $0.00 | $887.38 |
| 000032 070 7100-00 | Superior Personnel 902 Albion Ave Schaumburg, IL 60193 | Unsecured | | $80,000.00 | $0.00 | $80,000.00 |
| 000040 070 7100-00 | Ana Mota 2236 S. Sacramento Chicago, IL 60623 | Unsecured | Order dated 2/18/14 [dkt 55] allows claim as timely filed All unsecured | $2,189.82 | $0.00 | $2,189.82 |
| 000057 070 7100-00 | Inelia Zacarias 10448 Crown Road Apt. 5 Franklin Park, IL 60131 | Unsecured | Order dated 2/18/14 [dkt 55] allows claim as timely filed All unsecured claim | $1,674.75 | $0.00 | $1,674.75 |

EXHIBIT C
ANALYSIS CLAIMS REGISTER

Page 8

Date: May 19, 2016

Case Number:   13-34561
Debtor Name:   GARLAND CONVERTING CORPORATION

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| 000063 070 7100-00 | Flor Mendez 41 E North Ave #2 Addison, IL 60101 | Unsecured | Order dated 2/18/14 [dkt 55] allows claim as timely filed All unsecured per amended claim | $5,937.52 | $0.00 | $5,937.52 |
| 000064 070 7100-00 | Ana Hernandez 1741 North 34th Avenue Stone Park, IL 60165 | Unsecured | Order dated 2/18/14 [dkt 55] allows claim as timely filed All unsecured | $1,498.95 | $0.00 | $1,498.95 |
| 000065 070 7100-00 | Gloria Tojonar 2111 North Narrangansett Avenue Chicago, IL 60639 | Unsecured | Order dated 2/18/14 [dkt 55] allows claim as timely filed All unsecured | $3,455.35 | $0.00 | $3,455.35 |
| 000072 070 7100-00 | Eder Garcia 10448 Crown Road Apt. 5 Franklin Park, IL 60131 | Unsecured | Order dated 2/18/14 [dkt 55] allows claim as timely filed All unsecured | $2,332.44 | $0.00 | $2,332.44 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $566,306.61 | $0.00 | $566,306.61 |
| 000073 080 7200-00 | Humana Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, MD 21094 | Unsecured | | $200.50 | $0.00 | $200.50 |
| | Subtotal For Claim Type 7200-00  Tardy General Unsecured 726(a)(3) | | | $200.50 | $0.00 | $200.50 |
| | Case Totals: | | | $837,531.29 | $152,541.08 | $684,990.21 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-34561
Case Name: GARLAND CONVERTING CORPORATION
Trustee Name: Joseph A. Baldi

Balance on hand                                         $        81,927.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | RTS Financial Service, Inc. | $    164,880.63 | $    111,735.82 | $    111,735.82 | $        0.00 |
| 000027 | King Commercial Finance, LLC | $      8,670.78 | $      2,500.00 | $      2,500.00 | $        0.00 |

Total to be paid to secured creditors          $            0.00

Remaining Balance                               $        81,927.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $    18,265.69 | $        0.00 | $    18,265.69 |
| Trustee Expenses: Joseph A. Baldi | $      411.18 | $        0.00 | $      411.18 |
| Attorney for Trustee Fees: BALDI BERG | $    48,054.00 | $    37,917.50 | $      2,066.90 |
| Attorney for Trustee Expenses: BALDI BERG | $      1,339.99 | $      183.44 | $      1,156.55 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $      6,545.50 | $        0.00 | $      6,545.50 |
| Other: ARTHUR B. LEVINE COMPANY | $      111.34 | $      111.34 | $        0.00 |
| Other: International Sureties | $      92.98 | $      92.98 | $        0.00 |

Total to be paid for chapter 7 administrative expenses $ 28,445.82

Remaining Balance $ 53,481.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 81,967.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012A | Illinois Department of Employment Security | $ 28,486.34 | $ 0.00 | $ 0.00 |
| 000017 | Peter Chlopek | $ 2,520.00 | $ 0.00 | $ 2,520.00 |
| 000018A | Carol Macak | $ 4,167.81 | $ 0.00 | $ 4,167.81 |
| 000026 | Douglas Ericson | $ 2,790.00 | $ 0.00 | $ 2,790.00 |
| 000033A | Rosa Morales | $ 1,188.00 | $ 0.00 | $ 1,188.00 |
| 000034A | Edgar Ramos | $ 3,205.63 | $ 0.00 | $ 3,205.63 |
| 000035A | Wilfrido Valle | $ 1,121.00 | $ 0.00 | $ 1,121.00 |
| 000036A | Patricia Ballesteros | $ 875.75 | $ 0.00 | $ 875.75 |
| 000037A | Erika Tellez | $ 2,543.75 | $ 0.00 | $ 2,543.75 |
| 000038A | Ana Lesi Carraman | $ 1,062.19 | $ 0.00 | $ 1,062.19 |
| 000039A | Angelica Roman | $ 1,412.81 | $ 0.00 | $ 1,412.81 |
| 000041A | ERIKA ANGULO | $ 957.00 | $ 0.00 | $ 957.00 |
| 000042A | Erika Torres | $ 1,976.91 | $ 0.00 | $ 1,976.91 |
| 000043A | Reynalda Cordero | $ 1,117.75 | $ 0.00 | $ 1,117.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000044A | Miriam Arlet Juarez | $ 1,823.25 | $ 0.00 | $ 1,823.25 |
| 000045A | Raul Tellez | $ 620.81 | $ 0.00 | $ 620.81 |
| 000046A | Rita Silva | $ 1,033.31 | $ 0.00 | $ 1,033.31 |
| 000047A | Liliana Valdez | $ 571.31 | $ 0.00 | $ 571.31 |
| 000048A | Laura Valdez | $ 1,167.38 | $ 0.00 | $ 1,167.38 |
| 000049A | Maribel Martinez | $ 736.31 | $ 0.00 | $ 736.31 |
| 000050A | Maria de Jesus Gamez | $ 1,159.13 | $ 0.00 | $ 1,159.13 |
| 000051A | Martha Adriana Hurtado | $ 1,596.38 | $ 0.00 | $ 1,596.38 |
| 000052A | Marle Hernandez | $ 594.00 | $ 0.00 | $ 594.00 |
| 000053A | Giovana Hernandez | $ 1,352.38 | $ 0.00 | $ 1,352.38 |
| 000054A | Maria Huerta | $ 1,526.25 | $ 0.00 | $ 1,526.25 |
| 000055A | Guadalupe Morales Hernandez | $ 690.94 | $ 0.00 | $ 690.94 |
| 000056A | Blanca Guzman | $ 1,039.50 | $ 0.00 | $ 1,039.50 |
| 000058A | Cecilia Flores | $ 1,175.63 | $ 0.00 | $ 1,175.63 |
| 000059A | Juana Melendez | $ 1,460.25 | $ 0.00 | $ 1,460.25 |
| 000060A | Juan Sanchez | $ 1,054.00 | $ 0.00 | $ 1,054.00 |
| 000061A | Luz Maria Resendiz | $ 1,804.61 | $ 0.00 | $ 1,804.61 |
| 000062A | Maria de Jesus Sanchez | $ 1,198.31 | $ 0.00 | $ 1,198.31 |
| 000066A | Ana B. Camberos | $ 1,212.13 | $ 0.00 | $ 1,212.13 |
| 000067A | Erik Garcia | $ 1,485.00 | $ 0.00 | $ 1,485.00 |
| 000068A | Camila Rios | $ 1,465.41 | $ 0.00 | $ 1,465.41 |
| 000069A | Danelia Flores | $ 1,332.38 | $ 0.00 | $ 1,332.38 |
| 000070A | Gregorio Medina Ramirez | $ 1,315.88 | $ 0.00 | $ 1,315.88 |
| 000071A | Gricelda Sanchez | $ 1,128.19 | $ 0.00 | $ 1,128.19 |

Total to be paid to priority creditors      $      53,481.34

Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 566,306.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 000001 | Sterling National Bank | $ 20,386.80 | $ 0.00 | $ 0.00 |
| 000002 | Sterling National Bank | $ 6,113.25 | $ 0.00 | $ 0.00 |
| 000004 | Pitney Bowes Inc | $ 1,649.02 | $ 0.00 | $ 0.00 |
| 000005 | GIS Rolling, LLC | $ 244,924.03 | $ 0.00 | $ 0.00 |
| 000006 | Jarvis Chemicals & Paper | $ 10,420.00 | $ 0.00 | $ 0.00 |
| 000007 | GC Dies, LLC | $ 27,213.00 | $ 0.00 | $ 0.00 |
| 000008 | Citation Box & Paper Co | $ 665.00 | $ 0.00 | $ 0.00 |
| 000009 | Multi Feed Technology Inc. | $ 1,484.64 | $ 0.00 | $ 0.00 |
| 000010 | American Door and Dock | $ 8,868.58 | $ 0.00 | $ 0.00 |
| 000011 | Milwaukee Steel Rule Dies, LLC | $ 972.00 | $ 0.00 | $ 0.00 |
| 000013 | United Parcel Service (Freight) | $ 677.70 | $ 0.00 | $ 0.00 |
| 000014 | United Parcel Service | $ 380.44 | $ 0.00 | $ 0.00 |
| 000015 | American Express Bank, FSB | $ 7,941.28 | $ 0.00 | $ 0.00 |
| 000016 | Johnson Bag Co,Inc | $ 1,677.06 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Packsmart, Inc. | $ 2,004.00 | $ 0.00 | $ 0.00 |
| 000020 | Larson Packaging Products, Inc | $ 5,501.97 | $ 0.00 | $ 0.00 |
| 000021 | Euler Hermes North America Insuranc | $ 92,538.75 | $ 0.00 | $ 0.00 |
| 000022 | National Battery Inc of Chicago | $ 2,016.00 | $ 0.00 | $ 0.00 |
| 000023 | RockTenn Company | $ 6,999.58 | $ 0.00 | $ 0.00 |
| 000024 | Denel Enterprises, Inc | $ 1,230.11 | $ 0.00 | $ 0.00 |
| 000025 | Tangent Screen Print, Inc | $ 9,763.10 | $ 0.00 | $ 0.00 |
| 000028 | Rescue Graphics/ Diane Tarullo | $ 947.25 | $ 0.00 | $ 0.00 |
| 000029 | Nicor Gas | $ 147.06 | $ 0.00 | $ 0.00 |
| 000030 | E.C. Schultz & Company, Inc. | $ 1,639.00 | $ 0.00 | $ 0.00 |
| 000031 | AT&T Mobility II LLC | $ 887.38 | $ 0.00 | $ 0.00 |
| 000032 | Superior Personnel | $ 80,000.00 | $ 0.00 | $ 0.00 |
| 000040 | Ana Mota | $ 2,189.82 | $ 0.00 | $ 0.00 |
| 000057 | Inelia Zacarias | $ 1,674.75 | $ 0.00 | $ 0.00 |
| 000063 | Flor Mendez | $ 5,937.52 | $ 0.00 | $ 0.00 |
| 000064 | Ana Hernandez | $ 1,498.95 | $ 0.00 | $ 0.00 |
| 000065 | Gloria Tojonar | $ 3,455.35 | $ 0.00 | $ 0.00 |
| 000072 | Eder Garcia | $ 2,332.44 | $ 0.00 | $ 0.00 |
| 000027A | King Commercial Finance, LLC | $ 6,170.78 | $ 0.00 | $ 0.00 |
| 000017A | Peter Chlopek | $ 6,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 200.50  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 000073 | Humana Inc | $         200.50 | $          0.00 | $          0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE