**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Garland Converting Corp., | ) | Case No. 13-34561 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: July 26, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

**CERTIFICATE OF SERVICE**

    I, Joseph A. Baldi, Trustee, hereby certify that I caused a true and correct copy of the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**, to be served on the persons on the attached service list via first class mail, postage prepaid on June 23, 2016.

                                                   /s/ Joseph A. Baldi, Trustee
                                                   Joseph A. Baldi, Trustee
                                                   20 N. Clark Street, Suite 200
                                                   Chicago, IL  60602
                                                   (312) 726-8150

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-34561<br>Northern District of Illinois<br>Chicago<br>Mon May 16 10:43:54 CDT 2016 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ 07921-2693 | American Door and Dock<br>2125 Hammond Dr<br>Schaumburg, IL 60173-3838 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Ana B. Camberos<br>123 Woodcrest Circle<br>Streamwood, IL 60107-1240 | Ana Hernandez<br>1741 North 34th Avenue<br>Stone Park, IL 60165-1021 |
| Ana Lesi Carraman<br>1677 North Mannheim Road<br>Stone Park, IL 60165-1166 | Ana Mota<br>2236 S. Sacramento<br>Chicago, IL 60623-3544 | Angelica Roman<br>4342 West Lemoyne Street<br>Chicago, IL 60651-1747 |
| Blanca Guzman<br>1325 Evers Avenue<br>Westchester, IL 60154-3412 | Camila Rios<br>5023 South Keating Avenue<br>Chicago, IL 60632-4918 | Carol Macak<br>446 Natoma<br>Park Forest, IL 60466-2517 |
| Cecilia Flores<br>5039 North Harding<br>Chicago, IL 60625-7149 | Citation Box & Paper Co<br>4700 W. Augusta Blvd<br>Chicago, IL 60651-3397 | Danelia Flores<br>1627 South 51st Avenue<br>Cicero, IL 60804-1930 |
| Denel Enterprises, Inc<br>d/b/a Timely Courier<br>2301 Arthur Ave #100<br>Elk Grove Village, IL 60007-6000 | Douglas Ericson<br>1549 W. Sherwin Ave<br>Apt. 205<br>Chicago, IL 60626-6252 | E.C. Schultz & Company, Inc.<br>333 Crossen Avenue<br>Elk Grove Village, IL 60007-2050 |
| Eder Garcia<br>10448 Crown Road<br>Apt. 5<br>Franklin Park, IL 60131-2236 | Edgar Ramos<br>118 Bridget Court Apt 2B<br>Bensenville, IL 60106-3708 | Erik Garcia<br>10448 Crown Road<br>Apt. 5<br>Franklin Park, IL 60131-2236 |
| Erika Angulo<br>819 North 15th Avenue<br>Apt. 2<br>Melrose Park, IL 60160-3920 | Erika Tellez<br>2259 North Leamington<br>Chicago, IL 60639-3107 | Erika Torres<br>280 N. Central Ave<br>Wood Dale, IL 60191-1660 |
| Euler Hermes North America Insuranc<br>Agent of Garland Converting Corporation<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117-5173 | Flor Mendez<br>41 E North Ave #2<br>Addison, IL 60101-2803 | GC Dies, LLC<br>877 N. Larch Ave<br>Elmhurst, IL 60126-1114 |
| GIS Rolling, LLC<br>c/o Michael A Maciejewski, Ltd<br>970 OakLawn Avenue, Suite 204<br>Elmhurst, IL 60126-1000 | Giovana Hernandez<br>289 East Irving Park Road<br>Apt. A<br>Wood Dale, IL 60191-2067 | Gloria Tojonar<br>2111 North Narrangansett Avenue<br>Chicago, IL 60639-2633 |

Gregorio Medina Ramirez
3647 West 54th Street
Chicago, IL 60632-3266

Gricelda Sanchez
131 North 16th Avenue
Melrose Park, IL 60160-3822

Guadalupe Morales Hernandez
3249 South Kedvale
Chicago, IL 60623-4824

Humana Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Inelia Zacarias
10448 Crown Road
Apt. 5
Franklin Park, IL 60131-2236

Jarvis Chemicals & Paper
P.O. Box 10
Medinah, IL 60157-0010

Johnson Bag Co,Inc
1166 Flex Court
Lake Zurich, IL 60047-1578

Juan Sanchez
3025 North Albany
Chicago, IL 60618-6911

Juana Melendez
71 West Michael Lane
Apt. D
Addison, IL 60101-2680

King Commercial Finance, LLC
10024 Office Center Avenue
Suite 200
Saint Louis, MO 63128-1381

Larsen Packaging Products, Inc
American Financial Management, Inc
8755 West Higgins Suite 610
Chicago, IL 60631

Laura Valdez
512 Linda Lane
Addison, IL 60101-1311

Liliana Valdez
6112 West 27th Street
Cicero, IL 60804-3024

Luz Maria Resendiz
3745 West 68th Street
Chicago, IL 60629-4135

Maria Huerta
456 Duck Lane
Wood Dale, IL 60191-1822

Maria de Jesus Gamez
2800 Rhodes Avenue
Northlake, IL 60164-1474

Maria de Jesus Sanchez
131 North 16th Avenue
Melrose Park, IL 60160-3822

Maribel Martinez
2645 South Kolin
Chicago, IL 60623-4353

Marle Hernandez
280 North Central Avenue
Wood Dale, IL 60191-1660

Martha Adriana Hurtado
2415 South Albany
Chicago, IL 60623-4166

Milwaukee Steel Rule Dies, LLC
N56W113712 Silver Spring Road
Menomonee Falls, WI 53051

Miriam Arlet Juarez
456 Duck Lane
Wood Dale, IL 60191-1822

Multi Feed Technology Inc.
4821 White Bear Parkway
White Bear Lake, MN 55110

National Battery Inc of Chicago
3333 Mount Prospect Road
Franklin Park, IL 60131-1337

Nicor Gas
Po box 549
Aurora il 60507-0549

Packsmart, Inc.
775 W. Belden Ave
Suite F
Addison, IL 60101-4944

Patricia Ballesteros
155 North 24th Avenue
Melrose Park, IL 60160-3031

Peter Chlopek
1713 West Pheasant Trail
Mount Prospect, IL 60056-4554

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville FL 32256-6016

| | | |
|---|---|---|
| RTS Financial Service, Inc.<br>Lathrop & Gage LLP<br>c/o John T Coghlan<br>2345 Grand Blvd Suite 2200<br>Kansas City, MO 64108-2618 | Raul Tellez<br>2259 North Leamington Avenue<br>Chicago, IL 60639-3107 | Rescue Graphics/ Diane Tarullo<br>5602 Hillcrest Road<br>Downers Grove, IL 60516-1239 |
| Reynalda Cordero<br>1306 North 15th Avenue<br>Melrose Park, IL 60160-3442 | Rita Silva<br>698 N. Lee Blvd<br>Hillside, IL 60162-1102 | RockTenn Company<br>RockTenn CP, LLC<br>Attn: Brian Newton, Manager Corporate Cr<br>3950 Shackleford Road, Suite 100<br>Duluth, GA 30096-1855 |
| Rosa Morales<br>460 W. Irving Park Rd<br>Bensenville, IL 60106-2178 | Sterling National Bank<br>Attn John O'Toole<br>42 Broadway<br>3rd Floor<br>New York, NY 10004-3907 | Superior Personnel<br>902 Albion Ave<br>Schaumburg, IL 60193-4551 |
| Tangent Screen Print, Inc<br>950 N. Kilbourn Ave<br>Chicago, IL 60651-3426 | United Parcel Service<br>c/o Receivable Management Services (RMS<br>P.O. Box 4396<br>Timonium, MD 21094-4396 | United Parcel Service (Freight)<br>c/o Receivable Management Services (RMS<br>P.O. Box 4396<br>Timonium, MD 21094-4396 |
| Wilfrido Valle<br>4044 North Central Park<br>Chicago, IL 60618-2114 | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     0<br>Total                  72 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GARLAND CONVERTING § Case No. 13-34561
CORPORATION §
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
           U.S. Bankruptcy Court
           219 S. Dearborn, 7th Floor
           Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
           10:30 a.m., on Tuesday, July 26, 2016
           in Courtroom 644, U.S. Courthouse
           219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/23/2016                By: Joseph A. Baldi, Trustee
                                                              Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| GARLAND CONVERTING | § | Case No. 13-34561 |
| CORPORATION | § | |
| | § | |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 300,313.78 |
| and approved disbursements of | $ | 218,386.62 |
| leaving a balance on hand of[1] | $ | 81,927.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | RTS Financial Service, Inc. | $ 164,880.63 | $ 111,735.82 | $ 111,735.82 | $ 0.00 |
| 000027 | King Commercial Finance, LLC | $ 8,670.78 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 81,927.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 18,265.69 | $ 0.00 | $ 18,265.69 |
| Trustee Expenses: Joseph A. Baldi | $ 411.18 | $ 0.00 | $ 411.18 |
| Attorney for Trustee Fees: BALDI BERG | $ 48,054.00 | $ 37,917.50 | $ 2,066.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: BALDI BERG | $ 1,339.99 | $ 183.44 | $ 1,156.55 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 6,545.50 | $ 0.00 | $ 6,545.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 111.34 | $ 111.34 | $ 0.00 |
| Other: International Sureties | $ 92.98 | $ 92.98 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 28,445.82 |
| Remaining Balance | $ 53,481.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 81,967.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012A | Illinois Department of Employment Security | $ 28,486.34 | $ 0.00 | $ 0.00 |
| 000017 | Peter Chlopek | $ 2,520.00 | $ 0.00 | $ 2,520.00 |
| 000018A | Carol Macak | $ 4,167.81 | $ 0.00 | $ 4,167.81 |
| 000026 | Douglas Ericson | $ 2,790.00 | $ 0.00 | $ 2,790.00 |
| 000033A | Rosa Morales | $ 1,188.00 | $ 0.00 | $ 1,188.00 |
| 000034A | Edgar Ramos | $ 3,205.63 | $ 0.00 | $ 3,205.63 |
| 000035A | Wilfrido Valle | $ 1,121.00 | $ 0.00 | $ 1,121.00 |
| 000036A | Patricia Ballesteros | $ 875.75 | $ 0.00 | $ 875.75 |
| 000037A | Erika Tellez | $ 2,543.75 | $ 0.00 | $ 2,543.75 |
| 000038A | Ana Lesi Carraman | $ 1,062.19 | $ 0.00 | $ 1,062.19 |
| 000039A | Angelica Roman | $ 1,412.81 | $ 0.00 | $ 1,412.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000041A | ERIKA ANGULO | $ 957.00 | $ 0.00 | $ 957.00 |
| 000042A | Erika Torres | $ 1,976.91 | $ 0.00 | $ 1,976.91 |
| 000043A | Reynalda Cordero | $ 1,117.75 | $ 0.00 | $ 1,117.75 |
| 000044A | Miriam Arlet Juarez | $ 1,823.25 | $ 0.00 | $ 1,823.25 |
| 000045A | Raul Tellez | $ 620.81 | $ 0.00 | $ 620.81 |
| 000046A | Rita Silva | $ 1,033.31 | $ 0.00 | $ 1,033.31 |
| 000047A | Liliana Valdez | $ 571.31 | $ 0.00 | $ 571.31 |
| 000048A | Laura Valdez | $ 1,167.38 | $ 0.00 | $ 1,167.38 |
| 000049A | Maribel Martinez | $ 736.31 | $ 0.00 | $ 736.31 |
| 000050A | Maria de Jesus Gamez | $ 1,159.13 | $ 0.00 | $ 1,159.13 |
| 000051A | Martha Adriana Hurtado | $ 1,596.38 | $ 0.00 | $ 1,596.38 |
| 000052A | Marle Hernandez | $ 594.00 | $ 0.00 | $ 594.00 |
| 000053A | Giovana Hernandez | $ 1,352.38 | $ 0.00 | $ 1,352.38 |
| 000054A | Maria Huerta | $ 1,526.25 | $ 0.00 | $ 1,526.25 |
| 000055A | Guadalupe Morales Hernandez | $ 690.94 | $ 0.00 | $ 690.94 |
| 000056A | Blanca Guzman | $ 1,039.50 | $ 0.00 | $ 1,039.50 |
| 000058A | Cecilia Flores | $ 1,175.63 | $ 0.00 | $ 1,175.63 |
| 000059A | Juana Melendez | $ 1,460.25 | $ 0.00 | $ 1,460.25 |
| 000060A | Juan Sanchez | $ 1,054.00 | $ 0.00 | $ 1,054.00 |
| 000061A | Luz Maria Resendiz | $ 1,804.61 | $ 0.00 | $ 1,804.61 |
| 000062A | Maria de Jesus Sanchez | $ 1,198.31 | $ 0.00 | $ 1,198.31 |
| 000066A | Ana B. Camberos | $ 1,212.13 | $ 0.00 | $ 1,212.13 |
| 000067A | Erik Garcia | $ 1,485.00 | $ 0.00 | $ 1,485.00 |
| 000068A | Camila Rios | $ 1,465.41 | $ 0.00 | $ 1,465.41 |
| 000069A | Danelia Flores | $ 1,332.38 | $ 0.00 | $ 1,332.38 |
| 000070A | Gregorio Medina Ramirez | $ 1,315.88 | $ 0.00 | $ 1,315.88 |
| 000071A | Gricelda Sanchez | $ 1,128.19 | $ 0.00 | $ 1,128.19 |

| | Total to be paid to priority creditors | $ | 53,481.34 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 566,306.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sterling National Bank | $ 20,386.80 | $ 0.00 | $ 0.00 |
| 000002 | Sterling National Bank | $ 6,113.25 | $ 0.00 | $ 0.00 |
| 000004 | Pitney Bowes Inc | $ 1,649.02 | $ 0.00 | $ 0.00 |
| 000005 | GIS Rolling, LLC | $ 244,924.03 | $ 0.00 | $ 0.00 |
| 000006 | Jarvis Chemicals & Paper | $ 10,420.00 | $ 0.00 | $ 0.00 |
| 000007 | GC Dies, LLC | $ 27,213.00 | $ 0.00 | $ 0.00 |
| 000008 | Citation Box & Paper Co | $ 665.00 | $ 0.00 | $ 0.00 |
| 000009 | Multi Feed Technology Inc. | $ 1,484.64 | $ 0.00 | $ 0.00 |
| 000010 | American Door and Dock | $ 8,868.58 | $ 0.00 | $ 0.00 |
| 000011 | Milwaukee Steel Rule Dies, LLC | $ 972.00 | $ 0.00 | $ 0.00 |
| 000013 | United Parcel Service (Freight) | $ 677.70 | $ 0.00 | $ 0.00 |
| 000014 | United Parcel Service | $ 380.44 | $ 0.00 | $ 0.00 |
| 000015 | American Express Bank, FSB | $ 7,941.28 | $ 0.00 | $ 0.00 |
| 000016 | Johnson Bag Co,Inc | $ 1,677.06 | $ 0.00 | $ 0.00 |
| 000019 | Packsmart, Inc. | $ 2,004.00 | $ 0.00 | $ 0.00 |
| 000020 | Larson Packaging Products, Inc | $ 5,501.97 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Euler Hermes North America Insuranc | $ 92,538.75 | $ 0.00 | $ 0.00 |
| 000022 | National Battery Inc of Chicago | $ 2,016.00 | $ 0.00 | $ 0.00 |
| 000023 | RockTenn Company | $ 6,999.58 | $ 0.00 | $ 0.00 |
| 000024 | Denel Enterprises, Inc | $ 1,230.11 | $ 0.00 | $ 0.00 |
| 000025 | Tangent Screen Print, Inc | $ 9,763.10 | $ 0.00 | $ 0.00 |
| 000028 | Rescue Graphics/ Diane Tarullo | $ 947.25 | $ 0.00 | $ 0.00 |
| 000029 | Nicor Gas | $ 147.06 | $ 0.00 | $ 0.00 |
| 000030 | E.C. Schultz & Company, Inc. | $ 1,639.00 | $ 0.00 | $ 0.00 |
| 000031 | AT&T Mobility II LLC | $ 887.38 | $ 0.00 | $ 0.00 |
| 000032 | Superior Personnel | $ 80,000.00 | $ 0.00 | $ 0.00 |
| 000040 | Ana Mota | $ 2,189.82 | $ 0.00 | $ 0.00 |
| 000057 | Inelia Zacarias | $ 1,674.75 | $ 0.00 | $ 0.00 |
| 000063 | Flor Mendez | $ 5,937.52 | $ 0.00 | $ 0.00 |
| 000064 | Ana Hernandez | $ 1,498.95 | $ 0.00 | $ 0.00 |
| 000065 | Gloria Tojonar | $ 3,455.35 | $ 0.00 | $ 0.00 |
| 000072 | Eder Garcia | $ 2,332.44 | $ 0.00 | $ 0.00 |
| 000027A | King Commercial Finance, LLC | $ 6,170.78 | $ 0.00 | $ 0.00 |
| 000017A | Peter Chlopek | $ 6,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

 Tardily filed claims of general (unsecured) creditors totaling $ 200.50  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

 Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000073 | Humana Inc | $ 200.50 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.